IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SOUTHTRUST BANK, N.A., | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | CASE NO. CV 02-B-0037-S |
| | } | |
| WILLIS HOSIERY MILLS, INC.; | } | |
| CLARE COOK FAGGART; | } | |
| SUZANNE W. COOK and SUZANNE | } | |
| C. HOWARD, | } | |
| | } | |
| Defendants. | } | |

FILED 02 JUL 24 PM 12:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUL 24 2002

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Currently before the court is plaintiff's Motion for Default Judgment and Motion to Certify Default Judgment for Registration in other Districts. Plaintiff filed this motion requesting that this court enter a default judgment against each defendant pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and has supported its motion with the affidavit of Joel Bodiford. The court having considered the evidence before it, finds the following:

    1.    The defendants are Willis Hosiery Mills, Inc. ("Willis Hosiery"), Clare Cook Faggart ("Faggart"), Suzanne W. Cook ("Cook") and Suzanne C. Howard ("Howard").

    2.    Upon proof of service, on February 26, 2002 and March 21, 2002, defaults were entered against all defendants.

    3.    SouthTrust has authenticated the notes and guaranties comprising its claims against the defendants and SouthTrust has calculated the indebtedness due.

    4.    Using Mr. Bodiford's affidavit, the following amounts are due from the defendants and constitute plaintiff's undisputed claims against defendants.



| | | |
|---|---|---|
| **Willis Hosiery** | $4,709,418.81 | Principal and Interest due as of 2/26/02 |
| | $ 109,662.08 | $740.96 per diem from 2/26/02 through date of judgment |
| | <u>$4,819,080.89</u> | Total amount due |
| **Suzanne W. Cook** | $4,709,418.81 | Principal and Interest due as of 2/26/02 |
| | $ 109,662.08 | $740.96 per diem from 2/26/02 through date of judgment |
| | <u>$4,819,080.89</u> | Total amount due |
| **Clare C. Faggart** | $4,735,835.77 | Principal and Interest due as of 2/26/02 |
| | $ 110,458.32 | $746.34 per diem from 2/26/02 through date of judgment |
| | <u>$4,846,294.09</u> | Total Amount due |
| **Suzanne C. Howard** | $4,736,330.26 | Principal and Interest due as of 2/26/02 |
| | $ 110,458.32 | $746.34 per diem from 2/26/02 through date of judgment |
| | <u>$4,846,778.58</u> | Total Amount Due |

Based upon the foregoing analysis, this court concludes that the Motion for Default Judgment is due to be entered. Plaintiff is entitled to judgment against each of the defendants in the amounts set forth above. An order granting plaintiff's motion for default judgment will be entered contemporaneously herewith.

DONE this 24th day of July, 2002.

_____
SHARON LOVELACE BLACKBURN
United States District Judge